# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DUANE SAWYER, | CASE NO. 1:08-cv-01722-AWI-SMS PC |
|     Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO FILE AN AMENDED COMPLAINT |
|     v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | (Doc. 4) |
|     Defendants. | |

Plaintiff Richard Duane Sawyer, proceeding pro se and in forma pauperis, filed this civil action on November 4, 2008, while detained at Atascadero State Hospital. Plaintiff has apparently been released, but because he has not updated his address of record, it remains Atascadero State Hospital and service on Plaintiff at that address is deemed effective. Local Rule 83-182(f).

On March 19, 2009, the Court dismissed Plaintiff's complaint for illegibility and failure to comply with Federal Rule of Civil Procedure 8(a). 28 U.S.C. § 1915(e). Plaintiff was ordered to file an amended complaint within thirty days and warned that dismissal would result if he failed to comply. More than thirty days have passed and Plaintiff has not complied with the order or otherwise contacted the Court.

As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under federal law.

///

///

1  Accordingly, pursuant to 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, without
2  prejudice, based on Plaintiff's failure to comply with the Court's order to filed an amended
3  complaint.
4
5  IT IS SO ORDERED.
6  **Dated:  June 26, 2009**                          /s/ Anthony W. Ishii
                                                      CHIEF UNITED STATES DISTRICT JUDGE